AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Christen, Morgan B. | United States Court of Appeals for the Ninth Circuit | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

222 West 7th Avenue, Suite 261, Box 60
Anchorage, AK 99513

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judge | United States Court of Appeals for the Ninth Circuit |
| 2. | Director | Alaska Community Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Alaska State Employee Accounts (Judicial Retirement; 457 Plan, 401(a) Plan); no control |
| 2. | 2001 | Preston Gates & Ellis Retirement Savings (with former law firm); no control |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Alaska Permanent Fund Dividend | $900.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self employed |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Rasmuson Foundation Women's Retreat | 9/4/13 - 9/5/13 | Silver Salmon, Alaska | Spoke to group of women in the non-profit community | Transportation, lodging, meals |
| 2. | Rasmuson Foundation - Recover Alaska Retreat | 11/14/13 - 11/15/13 | Girdwood, Alaska | Recover Alaska Task Force meeting & retreat | One night of lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Mortgage on rental property #1, Blaine, Washington | L |
| 2. | People's Bank | LOC on rental property #2, Blaine, Washington | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ASB Accounts | A | Interest | J | T | | | | | |
| 2. Wells Fargo Accounts | A | Interest | J | T | | | | | |
| 3. True North Federal Credit Union | A | Interest | J | T | | | | | |
| 4. ▨ Cash Accounts | A | Interest | J | T | | | | | |
| 5. American Century International Discovery | B | Dividend | L | T | | | | | |
| 6. American Funds Growth Fund of America | B | Dividend | M | T | | | | | |
| 7. Cepheid (x) | | None | J | T | | | | | |
| 8. Artio International Equity Fund (Y) | | | | | | | | | |
| 9. Brandes International Equity Fund | | None | K | T | | | | | |
| 10. Columbia Value & Restructuring Fund - Z | A | Dividend | J | T | | | | | |
| 11. Fidelity Retirement Money Market Portfolio | A | Interest | M | T | | | | | |
| 12. Great West - Alaska Supplemental Benefits Annuity | | None | M | T | | | | | |
| 13. Great West-457 Plan -Long Term Balanced Trust | | None | M | T | | | | | |
| 14. Prime Plus Investments, Inc. (x) | A | Dividend | J | T | | | | | |
| 15. Vanguard European Stock Index Fund | C | Dividend | M | T | | | | | |
| 16. Vanguard Health Care Fund | C | Dividend | K | T | | | | | |
| 17. Vanguard Institutional Index Fund | B | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Limited-Term Tax Exempt Fund | A | Interest | J | T | | | | | |
| 19.       Capital Account | | None | M | T | | | | | |
| 20. HEWM VI Investment Fund - no control | | None | J | T | | | | | |
| 21. HEWM VIII Investment Fund - no control | | None | J | T | | | | | |
| 22. HEWM XII Investment Fund - no control | | None | J | T | | | | | |
| 23. HEWM XV Investment Fund - no control | E | Distribution | K | T | | | | | |
| 24. Venture Law Group Invst. 2004 - no control | D | Distribution | J | T | | | | | |
| 25. Venture Law Group Invst. 2005 - no control | C | Distribution | K | T | | | | | |
| 26. Venture Law Group Invst. 2006 - no control | | None | J | T | | | | | |
| 27. Venture Law Group Invst. 2007 - no control | D | Distribution | J | T | | | | | |
| 28. Investment property #1, Nelson, NZ | | None | N | W | | | | | |
| 29. Investment property #2, Blaine, WA | | None | K | W | | | | | |
| 30. Investment property #3, Blaine, WA | | None | M | W | | | | | |
| 31. Investment property #4, Leonard, MN (x) | | None | M | W | | | | | |
| 32. Rental property #1, Blaine, WA | | None | N | W | | | | | |
| 33. Rental property #2, Blaine, WA | D | Rent | M | W | | | | | |
| 34. Rental property #3, Blaine, WA | | None | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Rental property #4, Bellingham, WA | C | Rent | M | W | | | | | |
| 36. Brokerage Account #1 (see lines 37-50, and 57) | | | | | | | | | |
| 37. Black Diamond Inc. - common stock | | None | | | Sold | 7/10/13 | J | B | |
| 38. Capital One Finl. Corp. - common stock | A | Dividend | | | Sold | 7/10/13 | J | C | |
| 39. Cisco Systems Inc. - common stock | A | Dividend | | | Sold | 7/10/13 | J | | |
| 40. ConocoPhillips Corp. - common stock | A | Dividend | | | Sold | 7/10/13 | K | D | |
| 41. Ericsson LM, Tel Co. Sponsored ADR - common stock | A | Dividend | | | Sold | 7/10/13 | J | | |
| 42. Ingersoll-Rand PLC - common stock | A | Dividend | | | Sold | 7/10/13 | J | D | |
| 43. Internet Cap Group Inc. - common stock | | None | | | Sold | 7/10/13 | J | | |
| 44. Monsanto Co. - common stock | A | Dividend | | | Sold | 7/10/13 | J | B | |
| 45. Nortel Network Corp. - common stock | | None | | | Sold | 7/10/13 | J | | |
| 46. Northrim Bancorp Inc. - common stock | A | Dividend | | | Sold | 7/10/13 | J | C | |
| 47. Pfizer, Inc. - common stock | A | Dividend | | | Sold | 7/10/13 | J | B | |
| 48. Red Hat, Inc. - common stock | | None | | | Sold | 7/10/13 | K | D | |
| 49. Valueclick, Inc. - common stock | | None | | | Sold | 7/10/13 | K | E | |
| 50. Williams Cos Inc. - common stock | A | Dividend | | | Sold | 7/10/13 | J | C | |
| 51. ▒▒▒▒ Retirement Plan - no control | | None | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northwestern Mutual - whole life | A | Dividend | J | T | | | | | |
| 53. Northwestern Mutual - whole life | A | Dividend | K | T | | | | | |
| 54. New York Life - whole life | B | Dividend | K | T | | | | | |
| 55. Alaska Court System Ret. Plan - no control | | None | M | W | | | | | |
| 56. New York Life - second to die | A | Dividend | L | T | | | | | |
| 57. Phillips 66 | A | Dividend | | | Sold | 7/10/13 | J | D | |
| 58. Facebook | | None | | | Sold | 12/15/13 | N | G | |
| 59. Ready Assets Prime Money (UBS) | A | Interest | | | Sold | 12/15/13 | K | A | |
| 60. Merrill Lynch Brokerage Acct #2 (see lines 61-78)(x) | C | Dividend | | | | | | | |
| 61. DB Equity Fund | | None | K | T | Buy | 7/10/13 | K | | |
| 62. DB Emerging Markets | | None | J | T | Buy | 7/10/13 | J | | |
| 63. First TR Large Cap | | None | K | T | Buy | 7/10/13 | K | | |
| 64. First TTR Small Cap | | None | J | T | Buy | 7/10/13 | J | | |
| 65. First TR Mid Cap | | None | J | T | Buy | 7/10/13 | J | | |
| 66. FT 4250 S&P Target 24 | A | Dividend | J | T | Buy | 7/10/13 | J | | |
| 67. FT 4250 Value Line | A | Dividend | J | T | Buy | 7/10/13 | J | | |
| 68. FT 4250 S&P Target SMID | | None | K | T | Buy | 7/10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Invesco S&P Core | A | Dividend | J | T | Buy | 7/10/13 | J | | |
| 70. Invesco S&P Indl. Port | A | Dividend | J | T | Buy | 7/10/13 | J | | |
| 71. Invesco EAFE Select | A | Dividend | J | T | Buy | 7/10/13 | J | | |
| 72. IQ Global Resources | | None | J | T | Buy | 7/10/13 | J | | |
| 73. IQ Hedge | | None | K | T | Buy | 7/10/13 | K | | |
| 74. I Shares 1-3 yrs | | None | J | T | Buy | 7/10/13 | J | | |
| 75. Power Shares FTSE RAFI | | None | J | T | Buy | 7/10/13 | J | | |
| 76. Revenue Shares Mid Cap | | None | J | T | Buy | 7/10/13 | J | | |
| 77. Vanguard REIT ETF | | None | J | T | Buy | 7/10/13 | J | | |
| 78. Vanguard MSCI Emerging | | None | J | T | Buy | 7/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Morgan B. Christen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544